UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHARON GOLDZWEIG,

                          Plaintiff,

     -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                        Defendant.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 04, 2021

ORDER

20 Civ. 4297 (GBD)

GEORGE B. DANIELS, United States District Judge:

The January 6, 2021 conference is adjourned to June 16, 2021 at 9:45 am.

Dated: New York, New York
        January 4, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge