UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SHARON GOLDZWEIG,

                              Plaintiff,

        -against-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                              Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2021

ORDER

20 Civ. 4297 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from June 16, 2021 until August 4, 2021 at 9:30 a.m.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge