UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHARON GOLDZWEIG,

                Plaintiff,

   -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2021

ORDER

20 Civ. 4297 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from August 4, 2021 to October 6, 2021 at 9:30 a.m.

Dated: New York, New York
       August __, 2021
       AUG 0 3 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge