UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SHARON GOLDZWEIG,

                      Plaintiff,

    -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                    Defendant.
------------------------------------------x

ORDER

20 Civ. 4297 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference is adjourned from September 8, 2021 to October 6, 2021 at 9:45 a.m.

Dated: New York, New York
       September 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge