**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

SHARON GOLDZWEIG,

                Plaintiff,

                              ORDER

    -against-

                              20 Civ. 4297 (GBD)

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       The initial conference on October 6, 2021 is hereby cancelled. A status conference is set for November 10, 2021 at 9:45 am. The final pretrial conference is adjourned from October 6, 2021 to September 7, 2022 at 9:45.

Dated: New York, New York
       October 4, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge