# VLADECK, RASKIN & CLARK, P.C.

JEREMIAH IADEVAIA
212.403.7323
JIADEVAIA@VLADECK.COM

November 5, 2021

**VIA ECF**

Hon. George B. Daniels, USDJ
US District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The November 10, 2021 conference is adjourned to December 15, 2021 at 9:45 a.m.

*/s/ George B. Daniels*

NOV 0 8 2021

Re: Goldzweig v. Consolidated Edison Company of New York, Inc.
    Case No. 1:20-cv-04297 (GBD)

Dear Judge Daniels:

We represent plaintiff Sharon Goldzweig in the above-captioned action against Consolidated Edison Company of New York, Inc. ("defendant"). We write jointly on behalf of both parties respectfully to request an adjournment of the status conference currently scheduled for November 10, 2021. The reason for the request is that counsel for defendant will be participating in an arbitration in a separate matter on November 9 and 10, 2021. Accordingly, the parties respectfully request an adjournment of the status conference to December 15, 16, or 17, 2021.

Respectfully submitted,

/s

Jeremiah Iadevaia

cc: Counsel of record (by ECF)