# VLADECK, RASKIN & CLARK, P.C.

JEREMIAH IADEVAIA
212.403.7323
JIADEVAIA@VLADECK.COM

DEC 13 2021 December 10, 2021

**SO ORDERED**

The conference scheduled for December 15, 2021 is adjourned to January 5, 2022 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

DEC 13 2021

**VIA ECF**
Hon. George B. Daniels, USDJ
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Goldzweig v. Consolidated Edison Company of New York, Inc.
Case No. 1:20-cv-04297 (GBD)

Dear Judge Daniels:

We represent plaintiff Sharon Goldzweig in the above-captioned action against Consolidated Edison Company of New York, Inc. ("defendant"). We write jointly with counsel for defendant respectfully to request an adjournment of the parties' status conference scheduled for December 15, 2021. The reason for the request is that the parties are continuing to meet and confer regarding outstanding discovery issues before raising any issues with the Court. Accordingly, we respectfully request that the conference be adjourned to January 2022.

Respectfully submitted,

/s

Jeremiah Iadevaia

cc: Counsel of record (by ECF)