# VLADECK, RASKIN & CLARK, P.C.

JEREMIAH IADEVAIA
212.403.7323
JIADEVAIA@VLADECK.COM

December 30, 2021

SO ORDERED

The conference scheduled for January 5, 2022 is adjourned to February 16, 2022 at 9:45 a.m.

JAN 03 2022  /s/ George B. Daniels
HON. GEORGE B. DANIELS

**VIA ECF**
Hon. George B. Daniels, USDJ
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Goldzweig v. Consolidated Edison Company of New York, Inc.
      Case No. 1:20-cv-04297 (GBD)

Dear Judge Daniels:

We represent the plaintiff, Sharon Goldzweig, in the above-captioned employment matter against defendant Consolidated Edison Company of New York, Inc. We write jointly on behalf of both parties respectfully to request an adjournment of the status conference currently scheduled for January 5, 2022. The parties request an adjournment to the week of January 24, 2022.

The reason for the request is that the parties are continuing to meet and confer on discovery issues and intend to raise any issues the parties cannot resolve with the Court via joint letter. An adjournment will afford the parties the time required to resolve remaining disputes and to draft jointly a letter presenting any outstanding issues to the Court.

Respectfully submitted,

/s

Jeremiah Iadevaia