UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SHARON GOLDZWEIG,

                         Plaintiff,

    -against-

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,

                      Defendant.
------------------------------------- x

ORDER

20 Civ. 4297 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Willis for General Pretrial and Settlement, all conferences previously scheduled before Judge Daniels are cancelled.

Dated: February 14, 2022
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge