UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHARON GOLDZWEIG,

                            Plaintiff,                **ORDER**

        -against-                                  20-CV-4297 (GBD) (JW)

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,

                            Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On March 21, 2022, a hearing was held to resolve certain outstanding discovery disputes.

For the reasons stated on the record, the discovery disputes are resolved as follows:

- The request for documents concerning reliance on outside counsel is **DENIED**.

- The request for documents concerning lawsuits against Defendant is **DENIED**.

- The request to compel Defendant's interrogatory responses is **GRANTED**.

The Parties are further directed to order a copy of the transcript from the March 21, 2022 hearing.

A courtesy copy of the transcript should be sent to Chambers, at U.S. District Court, 500 Pearl Street, Room 701, New York, NY, 10007.

       SO ORDERED.

DATED:    New York, New York
               March 21, 2022

                                                           *Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge