UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHARON GOLDZWEIG,

                Plaintiff,

      -against-

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**20-CV-4297 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 7, 2022, both Parties filed letters with the Court raising certain discovery disputes. Dkt. Nos. 48, 49. On September 12, 2022, both Parties filed responses. Dkt. Nos. 50, 51. A conference to address all disputes raised is scheduled for **September 29, 2022** at **10:30 AM**. The conference will be held in-person on Courtroom 228, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:    New York, New York
               September 14, 2022

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge