UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHARON GOLDZWEIG,

          Plaintiff,       <u>ORDER</u>

                     20-CV-4297 (GBD) (JW)
    -against-

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,

          Defendant.
---------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

  On September 7, 2022, both Parties filed letters with the Court raising certain

discovery disputes.  Dkt. Nos. 48, 49.  On September 12, 2022, both Parties filed

responses.  Dkt. Nos. 50, 51.  A hearing on these issues was held on October 13, 2022.

For the reasons stated on the record, the Court rules as follows:

- Plaintiff's request for performance improvement notices ("PINs") for other attorneys in Defendant's Law Department is **GRANTED**, but limited to PINs from the years 2018 and 2019 that were formally filed in personnel files.

- Plaintiff's request for compensation data is **DENIED**.

- Plaintiff's request for demographic data is **GRANTED**, but limited to the gender and age data for attorneys who worked in Defendant's Law Department in the years 2018 and 2019.

- Defendant's request for documents regarding Plaintiff's supplemental or investment income is **DENIED**.

- Defendant's request for social media posts is **DENIED.**

- Defendant's request for a stipulation as to non-garden variety emotional distress damages is **DENIED**, and found to be moot to the extent a stipulation was sought stating that Plaintiff would not put forward medical or expert testimony, based on Plaintiff's agreement to willingly enter into such a stipulation.

SO ORDERED.

DATED:     New York, New York
           October 14, 2022

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge