

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

January 26, 2024

**VIA ECF**

Hon. Jennifer E. Willis, USMJ
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> January 29, 2024

**Re:** *Sharon Goldzweig v. Consolidated Edison Company of New York, Inc.*,
Civil Action No. 1:20-cv-04297-GBD-JW (S.D.N.Y.)

Dear Judge Willis:

We represent Consolidated Edison Company of New York, Inc. ("Con Edison") in the above-captioned action. Together with counsel for Plaintiff Sharon Goldzweig, the parties write to provide the Court with a joint status update and joint request an extension of the current deadline to submit a dispositive motion schedule under the Civil Case Management Plan and Scheduling Order and prior so-ordered status updates (ECF No. 76) through February 13, 2024 to allow the parties to complete a private mediation scheduled for January 30, 2024.

Since the parties' November 6, 2023 joint status update (ECF No. 77), the parties have scheduled and prepared for a mediation before a private mediator for January 30, 2024. To allow the parties to complete the mediation and potentially resolve this action, the parties request an extension of the current deadline to provide a dispositive motion schedule from January 26, 2024 to February 13, 2024, whereby the parties will advise the Court of the outcome of mediation and provide a briefing schedule for summary judgment, if necessary. No other deadlines in the Civil Case Management Plan and Scheduling Order require adjustment. This request is made in good faith and furtherance of resolving this matter.

We thank Your Honor for his kind consideration of this request.

Respectfully submitted,
SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Ephraim J. Pierre

cc: All Counsel of Record (*via* ECF)