**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHARON GOLDZWEIG,

                Plaintiff,

   -against-                                 20 **CIVIL** 4297 (GBD)(JW)

                                                    **JUDGMENT**

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 10, 2024, Defendant's motion for summary judgment is GRANTED.

**Dated:**  New York, New York

      December 11, 2024

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                           **BY:**

                                                     **Deputy Clerk**