**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

SHARON GOLDZWEIG                                 :

                               Plaintiff,                :

               -against-                            :                    ORDER

CONSOLIDATED EDISON COMPANY OF NEW    :              20 Civ. 4297 (GBD)
YORK, INC.,

                         Defendant.             :

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Pursuant to the mandate of the United States Court of Appeals for the Second Circuit, (ECF No. 124,) which affirmed in part and vacated in part this Court's judgment and remanded the case for further proceedings, the parties are hereby ordered to confer and submit a joint letter on the docket by **February 9, 2026,** specifying whether the parties intend to submit additional briefing on the issues remanded to this Court. If so, the letter should also include a proposed briefing schedule.

Dated: New York, New York
       February 2, 2026

                                       SO ORDERED.

                                       _George B. Daniels_
                                       GEORGE B. DANIELS
                                       United States District Judge