# VRC | VLADECK RASKIN CLARK P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

June 5, 2026

SO ORDERED:

*[signature]*

George B. Daniels, U.S.D.J.

Dated:    JUN 0 8 2026

**VIA ECF**

Hon. George B. Daniels
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Goldzweig v. Consolidated Edison Company of New York, Inc.
Case No. 1:20-cv-04297 (GBD)

Dear Judge Daniels:

We represent plaintiff Sharon Goldzweig ("plaintiff" or "Goldzweig") in the above-captioned employment case against plaintiff's former employer defendant Consolidated Edison Company of New York, Inc. ("defendant"). We write pursuant to Your Honor's Individual Rule II.C. respectfully to request a 30-day extension of Plaintiff's June 8, 2026 deadline to oppose defendant's supplemental brief in support of summary judgment, to July 8, 2026. Plaintiff further requests that Defendant's deadline to reply be extended from the current deadline of June 29, 2026 to July 29, 2026. Defendant consents to this request.

The reason for the request is that Plaintiff requires additional time due to competing deadlines in other matters. This is Plaintiff's second request for an extension of the deadline to oppose defendant's supplemental brief. Defendant previously requested with Plaintiff's consent one extension of its deadline to file its supplemental brief, which the Court granted. (Dkt. 128)

Respectfully submitted,

*[signature]*

Jeremiah Iadevaia

cc:  Counsel of record (by ECF)

---

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006